# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLONIAL SCHOOL DISTRICT | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| E.G., *by and through his parents*, M.G. | : | |
| *and* J.G.*, and* M.G. *and* J.G.*, individually*, | : | No. 19-1173 |
| Defendants. | : | |
| | : | |

## ORDER

AND NOW, on January 31, 2020, having considered Plaintiff's Motion for Judgment on the Administrative Record and Defendants' Motion for Judgment on the Administrative Record, and all responses, it is ORDERED that Defendants' Motion (doc. 20) is GRANTED and Plaintiff's Motion (doc. 21) is DENIED.

BY THE COURT:

/s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE